**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PARISHA WAFFORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-738-SDD-RLB** |
| **AT&T** | |

# NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to its recommendations, proposed findings of fact, and conclusions of law. Failure to file written objections to the recommendations, proposed findings, and conclusions, within fourteen (14) days after being served, will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 14, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**PARISHA WAFFORD** **CIVIL ACTION**

**VERSUS** **NO. 25-738-SDD-RLB**

**AT&T**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This Report and Recommendation is issued *sua sponte.* Plaintiff initiated this action with a Complaint filed on August 14, 2025. (R. Doc. 1). At a Spears hearing held on September 25, 2025, Plaintiff was directed to file an amended complaint containing additional information regarding her allegations. (R. Doc. 11). Plaintiff was also advised of her responsibility to obtain and serve summons. On October 14, 2025, plaintiff filed an amended complaint and summons were issued by the Clerk's Office on October 25, 2025. (R. Docs. 14, 15).

On February 19, 2026, the Court issued an Order reminding plaintiff of her responsibility to serve the defendant in accordance with Fed. R. Civ. P. 4. (R. Doc. 16). Plaintiff was further advised that failure to serve would result in an order to show cause being issued. No action was taken.

On August 27, 2026, the Court issued an Order to Show Cause directing Plaintiff to show cause, in writing, why the claim(s) against defendant should not be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service. (R. Doc. 17). Plaintiff was advised that failure to respond to the show cause order may result in dismissal of this case for failure to prosecute. A review of the record reflects summons have not

been returned executed and Plaintiff has made no additional filings or otherwise responded to the show cause order.

## RECOMMENDATION

**IT IS RECOMMENDED** that Plaintiff's claims against defendant be dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on September 14, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**